

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00442-CV

**IN THE INTEREST OF J.D.**, J.H., Jr., and G.A.V., Jr., Children

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01311
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED October 10, 2018.

_____
Rebeca C. Martinez, Justice